IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW JOHN THOMPSON,

      Plaintiff,

v.                              CASE NO. 4:13-cv-15-MW/CAS

LT. BRUCE SMITH, et al.,

      Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION AND REMANDING TO
<u>MAGISTRATE FOR FURTHER PROCEEDINGS</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 27, filed November 14, 2013, along with Plaintiff's Objections, ECF No. 30, filed December 11, 2013. Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for injunctive relief, ECF No. 14, is **DENIED**."

This case is remanded to the Magistrate for further proceedings on

1

Plaintiff's Fifth Amended Complaint and other pending motions.

**SO ORDERED on December 12, 2013.**

**s/Mark E. Walker**
**United States District Judge**
